# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # **5**

----------------------------------------

Britt

-v-

Rosen

----------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-2072

JUDGE: KMW

DATE: April 18, 2008

APR 1 8 2008

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENT DESCRIPTION**                                     **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(X) Original Record                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 18th Day of April, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

*Britt*

-v-

*Rosen*

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-2072

JUDGE: KMW

DATE: April 18, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 18th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-02072-KMW
### Internal Use Only

Britt v. Rosen et al
Assigned to: Judge Kimba M. Wood
Case in other court: USDC-EDNY, 1:07-cv-4278 (RJD)
Cause: 42:1983 Civil Rights Act

Date Filed: 03/03/2008
Date Terminated: 03/03/2008
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2008 | 1 | CASE TRANSFERRED IN from the United States District Court - Eastern District of New York; Case Number: 07-cv-4278 (RJD). Original file certified copy of transfer order and docket entries received.Document filed by James Earl Britt.(laq) (Entered: 03/11/2008) |
| 03/03/2008 | | Magistrate Judge Andrew J. Peck is so designated. (laq) (Entered: 03/11/2008) |
| 03/03/2008 | 2 | ORDER OF DISMISSAL, I grant plaintiff's reques to proceed in forma pauperis but dismiss the complaint for the reasons set forth in this order.Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B)(ii),(iii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/3/08) (laq) (Entered: 03/11/2008) |
| 03/03/2008 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/3/08) (laq) (Entered: 03/11/2008) |
| 04/04/2008 | 4 | NOTICE OF APPEAL *(MOTION FOR AN EXTENSION OF TIME TO FILE NOA Treated as a NOA)* from 3 Judgment - Sua Sponte (Complaint). Document filed by James Earl Britt. (tp) (Entered: 04/17/2008) |
| 04/04/2008 | | Appeal Remark as to 4 Notice of Appeal filed by James Earl Britt. $455.00 APPEAL FEE DUE. IFP REVOKED 3/3/08. (tp) (Entered: 04/17/2008) |
| 04/17/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 04/17/2008) |
| 04/17/2008 | | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 04/17/2008) |